# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Emerald Town Construction Group ) | ASBCA No. 60702 |
| ) | |
| Under Contract No. W56KJD-13-P-0079 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Rahimullah Rahim
        CEO

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
        Army Chief Trial Attorney
        CPT William T. Wicks, JA
        Trial Attorney

## ORDER OF DISMISSAL

Appellant's notice of appeal requested the email address of the contracting officer for this appeal and indicated that it desires to submit its claim to the contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer. By Order dated 1 August 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 17 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60702, Appeal of Emerald Town Construction Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
